**EBF Holdings, LLC v Kloud Rooftop Inc.**

2026 NY Slip Op 30775(U)

March 4, 2026

Supreme Court, New York County

Docket Number: Index No. 652886/2025

Judge: Emily Morales-Minerva

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: | **HON. EMILY MORALES-MINERVA** | PART **42M** |
| | *Justice* | |

-----------------------------------------------------------------------------X

EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING,

| | |
|---|---|
| INDEX NO. | 652886/2025 |
| MOTION DATE | 12/04/2025 |
| MOTION SEQ. NO. | 001 |

Plaintiff,

- v -

KLOUD ROOFTOP INC.,SALMAN A KHAN

**DECISION + ORDER ON MOTION**

Defendant.

-------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 17, 18, 19, 20, 21, 22, 23

were read on this motion to/for                    JUDGMENT - DEFAULT                    .

APPEARANCES:

>       MENDELBEERG P.C., 86 Chambers St. Suite 205, New York, New York 10007 (Gabriel Mendelberg), for plaintiff.

EMILY MORALES-MINERVA, J.S.C.

In this breach of contract, breach of guaranty and unjust enrichment action, plaintiff EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING moves, pursuant to CPLR § 3215, for an order granting it leave to enter a default judgment against defendants KLOUD ROOFTOP INC. and SALMAN A KHAN in the sum of $113,920.00 plus costs, fees, disbursements, and interest from April 2, 2025.

Defendants do not appear or submit opposition to the motion (sequence number 01).

When a defendant fails "to appear, plead or proceed to trial of an action reached and called for trial, or when the court orders a dismissal for any other neglect to proceed, the plaintiff may seek a default judgment against [the defendant]" (CPLR § 3215 [a]). To establish entitlement to a default judgment, plaintiff must file (1) proof it served defendant with the summons and complaint, and (2) "proof of the facts constituting the claim, the default, and the amount due . . . by affidavit made by the party" (see CPLR § 3215 [f]; see also Woodson v Mendon Leasing Corp., 100 NY2d 62, 70 [2003] [providing that "an applicant for a default judgment [must] file 'proof by affidavit made by the party of the facts constituting the claim'"]; 231st Riverdale LLC v 7 Star Home Furniture Inc., 198 AD3d 524, 525 [1st Dept 2021]; Feffer v Malpeso, 210 AD2d 60 [1st Dept 1994]).

Here, plaintiff demonstrates its entitlement to entry of a default judgment against defendants by submitting, among other things, the affirmation of service (NYSCEF Doc. No. 4); the affirmation of additional mailing (NYSCEF Doc. No. 6); defendant's contractual agreement with plaintiff (NYSCEF Doc. No. 3) and the affidavit of Michael John Reppas II, Chief Legal Officer of Whetstone Holdings, LLC the parent of EBF Holdings LLC d/b/a Everest Business Funding ("EBF")(NYSCEF Doc. No. 14);

652886/2025   EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING vs. KLOUD ROOFTOP        Page 2 of 4
INC. ET AL
Motion No.  001

[* 2]

2 of 4

(see CPLR § 3215 [f]; see also Licurgo-Villar v Samouha, 227 AD3d 619, 620 [1st Dept 2024]; Guzetti v City of New York, 32 AD3d 234 [1st Dept 2006]).

Accordingly, it is hereby

ORDERED that Plaintiff EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING motion for default judgement pursuant to CPLR § 3215, is GRANTED on the action for breach of contract against Defendant KLOUD ROOFTOP INC and GRANTED on the action for breach of guaranty on SALMAN A KHAN; and it is further

ORDERED that the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendants KLOUD ROOFTOP INC. and SALMAN A KHAN, jointly and severally in the amount of $113,920.00 plus costs, fees, disbursements, and interest from April 2, 2025;

ORDERED that, within fifteen days from the date of this decision and order, plaintiff shall serve a copy of this order, with notice of entry, upon defendants, as well as on the clerk of court, who shall enter judgement accordingly; and it is further

ORDERED that the Clerk of Court shall mark the file accordingly.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

652886/2025   EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING vs. KLOUD ROOFTOP    Page 3 of 4
INC. ET AL
Motion No. 001

[* 3]

3 of 4

_____
3/4/2026
**DATE**

*Emily Morales-Minerva* (signature)

**EMILY MORALES-MINERVA, J.S.C.**

**CHECK ONE:**  [X] CASE DISPOSED  [ ] NON-FINAL DISPOSITION

[X] GRANTED  [ ] DENIED  [ ] GRANTED IN PART  [ ] OTHER

**APPLICATION:**  [ ] SETTLE ORDER  [ ] SUBMIT ORDER

**CHECK IF APPROPRIATE:**  [ ] INCLUDES TRANSFER/REASSIGN  [ ] FIDUCIARY APPOINTMENT  [ ] REFERENCE

**652886/2025  EBF HOLDINGS, LLC D/B/A EVEREST BUSINESS FUNDING vs. KLOUD ROOFTOP INC. ET AL**
**Motion No.  001**

Page 4 of 4

[* 4]